NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TYLER RESEARCH CORPORATION,**
*Plaintiff-Appellant*

**v.**

**ENVACON, INC., KIERAN BOZMAN, JKKB HOLDINGS CORPORATION,**
*Defendants-Appellees*

---

2020-2081

---

Appeal from the United States District Court for the Northern District of Indiana in No. 4:19-cv-00010-TLS-JEM, Judge Theresa L. Springmann.

---

## JUDGMENT

---

JOSHUA R. SLAVITT, Slavitt IP Law, LLC, Merion Station, PA, argued for plaintiff-appellant.

WILLIAM GANTZ, Duane Morris LLP, Boston, MA, argued for defendants-appellees. Also represented by KEVIN PAUL ANDERSON, Washington, DC; JOHN E. MORIARTY, Philadelphia, PA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 7, 2021                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court